UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DALE LORENZO CUNNINGHAM,<br>    a/k/a, Dale Hammer,<br>    a/k/a, "DC,"<br><br>    Defendant. | No. CR-09-00062 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 21, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    March 17, 2009<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from March 17, 2009 to April 21, 2009, and that time be excluded under the Speedy Trial Act between March 9, 2009 and April 21, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government produced discovery to counsel for defendant. Defendant requires additional time to review the discovery produced by the government, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. Specifically, defense counsel is conducting investigation regarding defendant's medical condition and ailing health. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 21, 2009 AND TO EXCLUDE TIME
No. CR-09-00062 SBA

1  served by granting the continuance outweigh the best interests of the public and defendant in a
2  speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),
3      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
4  March 17, 2009 to April 21, 2009 at 9:00 a.m., and that time between March 9, 2009 and April
5  21, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
6  taking into account the exercise of due diligence.

8  DATED:_3/13/09

   _____
   HON. SAUNDRA BROWN ARMSTRONG
   United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 21, 2009 AND TO EXCLUDE TIME
No. CR-09-00062 SBA