UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00062 SBA | |
| Plaintiff, ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 28, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) ) | | |
| DALE LORENZO CUNNINGHAM, ) a/k/a, Dale Hammer, ) a/k/a, "DC," ) ) | Date: Time: | April 21, 2009 9:00 a.m. |
| Defendant. ) ) _____ ) | Court: | Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 21, 2009 to April 28, 2009, and that time be excluded under the Speedy Trial Act between April 21, 2009 and April 28, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government produced discovery to counsel for defendant. Defendant requires additional time to review the discovery produced by the government, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. Specifically, defense counsel is conducting investigation regarding defendant's medical condition and ailing health. The Court previously continued this matter from March 17, 2009 to April 21, 2009 on the same grounds. Defense counsel, however, requires one additional week to discuss the matters with defendant. The extension is not sought for delay. The parties

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 28, 2009 AND TO EXCLUDE TIME
No. CR-09-00062 SBA

1  agree the ends of justice served by granting the continuance outweigh the best interests of the
2  public and the defendant in a speedy trial.  For these stated reasons, the Court finds that the ends
3  of justice served by granting the continuance outweigh the best interests of the public and
4  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §
5  3161(h)(7)(A) and (B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
7  April 21, 2009 to April 28, 2009 at 9:00 a.m., and that time between April 16, 2009 and April 28,
8  2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
9  taking into account the exercise of due diligence.

11 DATED:4/17/09                              _____
12                                            HON. SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 28, 2009 AND TO EXCLUDE TIME
No. CR-09-00062 SBA